UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SUSAN M. FITZL,

    Plaintiff,

    v.                                     Case No. 21-CV-488-SCD

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

### ORDER APPROVING STIPULATED MOTION FOR REMAND

The court **APPROVES** the parties' stipulation for remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), ECF No. 24. The court **REVERSES** the Commissioner's decision and **REMANDS** this action to the Commissioner for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Upon receipt of the court's order, the Appeals Council will remand this matter to an administrative law judge with instructions to: offer claimant the opportunity for a new hearing; proceed through the sequential evaluation process as needed to reach a decision; if warranted, obtain additional vocational expert testimony; and issue a new decision.

**SO ORDERED** this 13th day of January, 2022.

_____
STEPHEN C. DRIES
United States Magistrate Judge